MARSHALL R. COLE (*Will comply with IA 11-2 within 14 days*)
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, California 91436-2300
(818) 788-9500
Fax: (818) 501-0328
mcole@nemecek-cole.com

DAVID J. MERRILL
Nevada Bar No. 6060
**DAVID J. MERRILL, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 566-1935
Fax: (702) 993-8841
david@djmerrillpc.com

Attorneys for Plaintiff
ROBERT J. CIPRIANI

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. CIPRIANI, an individual, | |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES** |
| RESORTS WORLD LAS VEGAS, LLC, a Delaware limited liability company, RESORTS WORLD LAS VEGAS HOTELS, LLC, a Delaware limited liability company, SCOTT SIBELLA an individual, and DOES 1-10, | **JURY DEMAND** |
| Defendants. | |

      Plaintiff Robert J. Cipriani, by and through his attorneys, brings this Complaint against Defendants Resorts World Las Vegas, LLC, Resorts World Las Vegas Hotels, LLC, and Scott Sibella for their concerted negligent failure to prevent foreseeable harm and for the infliction of emotional distress to Mr. Cipriani while a patron of Resorts World Las Vegas's casino.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

Mr. Cipriani hereby demands a trial by jury, and alleges as follows:

## **PARTIES**

1.      Mr. Cipriani is an individual and resident of Los Angeles, California. Mr. Cipriani is an avid gambler, activist, and prolific philanthropist who regularly donates substantial monies to educational, environmental, and poverty alleviating charitable causes, among others.

2.      Since June 24, 2021, Defendants Resorts World Las Vegas, LLC and Resorts World Las Vegas Hotels, LLC (collectively "RWLV") operate a resort, mall, and casino on the Las Vegas Strip in Clark County, Nevada. Resorts World Las Vegas, LLC and Resorts World Las Vegas Hotels, LLC are limited liability companies duly formed and organized under the laws of Delaware. At all relevant times, RWLV engages in substantial business in the State of Nevada and has significant contacts with Nevada.

3.      Scott Sibella is an individual and career-executive for hotels, resorts, and casinos in the Las Vegas area and beyond (hereinafter "Sibella"). Prior to undertaking his current role as President of Resorts World Las Vegas, Sibella served as President and Chief Executive Officer of the MGM Grand hotel and casino for eight years, served as the vice president of casino marketing for the Tropicana Casino Resort in both Atlantic City and Las Vegas, and served in various executive positions at the Trump Taj Mahal (now Hard Rock Hotel & Casino) in Atlantic City and the Golden Nugget hotel and casino in Downtown Las Vegas. On information and belief, Sibella is a resident of Clark County, Nevada.

4.      All of the acts and/or failures to act alleged herein were duly performed by and/or attributable to the defendants in this action, individually or acting by and through their agents and employees. Said acts and/or failures to act were within the scope of any agency or employment or were ratified by the defendants in this action.

5.      The true names and capacities of defendants DOES 1 through 10, inclusive, whether individual, corporate, associate, or otherwise, are unknown to Mr. Cipriani at this time, who therefore sues said defendants by such fictitious names, and when the true names and capacities of such defendants are ascertained, Mr. Cipriani will seek leave of Court to amend this Complaint to insert same. Mr. Cipriani is informed and believes and thereon alleges that each

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

1  defendant named as a DOE is responsible for each and every act and obligation hereinafter set

2  forth.

3  ## JURISDICTION AND VENUE

4  6.      Jurisdiction and venue are proper in the District of Nevada in that the acts

5  complained of occurred in this District, there is complete diversity between Plaintiff Mr. Cipriani

6  and all Defendants in that none of the Defendants are domiciled in the same state as Plaintiff Mr.

7  Cipriani, and the amount in controversy is in excess of $75,000.

8  ## STATEMENT OF FACTS

9  **A.    RWLV and Sibella Turn a Blind-Eye to Ill-Gotten Monies at RWLV's Tables**

10  7.      Mr. Cipriani is a regular patron at Las Vegas's high-stakes casino tables. A

11  preeminent blackjack player, Mr. Cipriani distributes his winnings to those less fortunate, and

12  regularly donates substantial monies to a number of charitable causes in the Las Vegas area and

13  beyond.

14  8.      Mr. Cipriani believes that criminals should not be permitted to gamble stolen and

15  ill-gotten monies in Las Vegas casinos, and further believes that casinos should comply with their

16  Anti-Money Laundering and due diligence obligations. Accordingly, when Mr. Cipriani becomes

17  aware that someone is betting misappropriated funds, he does what is right, and notifies the

18  appropriate authorities and persons responsible for ensuring clean gambling, the preservation of

19  stolen funds, and the safety of casino patrons.

20  9.      For these principles, and for simply daring to speak up, while a guest at RWLV Mr.

21  Cipriani was subjected to a weeks-long enabled campaign of harassment and intimidation by

22  Robert Alexander ("Alexander"), a convicted felon and habitual conman who was gambling the

23  stolen money of his unfortunate investors at RWLV's tables.

24  10.     Alexander, like Mr. Cipriani, is a regular patron at the high-stakes tables of Las

25  Vegas casinos.

26  11.     Like Mr. Cipriani, Alexander was personally known to RWLV's executive suite

27  and its president, Sibella.

28

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

12.     However, Alexander is a convicted fraudster who has no place on a casino floor. Between 2013 and 2017, Alexander solicited and maintained investments in his online gaming venture, Kizzang, a limited liability company that saw its status revoked by the State of Nevada in 2016.

13.     Through numerous false representations regarding his professional background, Kizzang's financial condition, expected returns on investment, and through false assurances that investments would be used solely for Kizzang's business purposes, Alexander misappropriated over $1.3 million in investor funds. These funds were never used for business purposes. Instead, Alexander enjoyed the funds for personal use, including for payments on personal credit cards, for family expenses, and for gambling at RWLV's casino.

14.     Alexander was arrested on federal charges on February 7, 2019. Not only were criminal charges brought against Alexander in connection with his spurious company, Alexander was sued in Nevada for unpaid wages and health insurance by no less than ten former Kizzang employees. These claims were filed with the Nevada Office of the Labor Commissioner over a four year period between 2013 and 2017. Kizzang also failed to pay unemployment insurance taxes to the State of Nevada. Judgments were entered on June 6, 2017, and April 17, 2018.

15.     In January 2020, Alexander pled guilty to one count of wire fraud and one count of securities fraud. Alexander's crimes were public knowledge as early as February 2019, and were expressly alleged within the criminal complaint levied by the United States Attorney for the Southern District of New York. Not only were these facts stated in official government releases, they were the subject of numerous national, Nevada, and local Las Vegas media publications, and were well known in the Las Vegas gambling community before any interaction between Mr. Cipriani and Alexander occurred on RWLV's premises.

16.     If Alexander's impressive criminal résumé did not suffice, RWLV was directly notified of an active law enforcement investigation into Alexander by the Nevada Gaming Control Board on October 26, 2021. A true and correct copy of a Request for Information made by the Nevada Gaming Control Board to RWLV is attached hereto as **Exhibit 1**.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

17.     Despite this, for almost a full month following such notice, Alexander was allowed free roam on RWLV's premises, unlawfully wagering his investors' money at its tables.

18.     To fulfill its Anti-Money Laundering obligations and to ensure compliance with all related laws, RWLV is required to know the source of Alexander's substantial bets. Given the federal charges, Nevada State claims, the substantial press attention directed at Alexander, as well as the express notification of an ongoing law enforcement investigation, the source of Alexander's free-flowing funds was known and conspicuous.

19.     Last but certainly not least, RWLV and Sibella were expressly notified of Alexander's presence on RWLV's casino floor by Mr. Cipriani himself.

20.     Moreover, Sibella was not the only individual to whom Mr. Cipriani expressed his concerns—nor was this the first time that Mr. Cipriani was required to urge RWLV to do its job in ensuring a safe gambling environment.

21.     In early July 2021, Mr. Cipriani initiated a text message conversation with Joseph Tatonetti, RWLV's Surveillance Operations Manager, to notify him of the presence of career criminals gambling at RWLV. True and correct copies of this text message conversation are attached hereto as **Exhibit 2**.

22.     On July 9, 2021, Mr. Cipriani informed Tatonetti that Brandon Sattler, another convicted felon, was being allowed to gamble freely at RWLV despite owing creditors upwards of $13 million in fraud proceedings initiated in 2018. Tatonetti responded that he "saw him last night." (Exh. 2, pp. 1-3.)

23.     Tatonetti also confirmed that he knew of Sattler's background: "I remember something not good about him from Cosmo as well." (Exh. 2, p. 4.)

24.     On July 10, 2021, and then again on September 18, 2021, Mr. Cipriani advised Tatonetti of yet another convicted felon gambling at RWLV—known Triad and money launderer Edwin Ting. When Mr. Cipriani expressed to Tatonetti that he could not believe that Ting "got through compliance" and was allowed to gamble at RWLV, Tatonetti responded as follows: "[m]e either. The Cage Director is really pissed about it as well." (Exh. 2, pp. 6, 8.)

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

25.     Mr. Cipriani explained to Tatonetti that Sibella overruled RWLV's compliance protocol to allow Ting and his friends to gamble at RWLV, even hosting Ting's birthday party. Tatonetti responded: "Lol. Shocker." (Exh. 2, p. 9.)

26.     Tatonetti's disheartening lack of surprise upon hearing Mr. Cipriani's concerns only emphasizes the routine nature of Sibella and RWLV's disregard for their casino's compliance protocols. Despite being proscribed from gambling at any other casino in the United States, individuals such as Ting are routinely present on RWLV's premises. RWLV's decision to make exceptions for career criminals jeopardizes its legitimacy, and more importantly, the safety of its patrons.

27.     But for Sibella, overruling compliance to allow individuals such as Sattler, Ting, and Alexander to freely gamble at RWLV was business as usual.

28.     It was not until September 18, 2021, that RWLV acted on Sattler's undue presence in its casino and did so only in response to a government agency inquiry requesting photographic proof of Sattler's presence and gambling on RWLV's premises. A true and correct copy of the September 18, 2021, internal RWLV email is attached hereto as **Exhibit 3**.

29.     As to Alexander, Mr. Cipriani first advised Tatonetti of Alexander's presence at RWLV. Tatonetti acknowledged receipt of Mr. Cipriani's message. (Exh. 2, pp. 17-18.)

30.     On October 20, 2021, October 25, 2021, and again on October 28, 2021, Mr. Cipriani repeatedly alerted Tatonetti that Alexander was gambling at RWLV, stating that Alexander was there "almost every day." (Exh. 2, pp. 17-18, 23.)

31.     Rather than act on this information, Tatonetti simply responded "[h]ope they come arrest him at RWLV." (Id.)

32.     Tatonetti, in his role as RWLV's Surveillance Operations Manager, repeatedly acknowledged that he knew convicted felons were gambling at RWLV, heeding Mr. Cipriani's statements that Sibella enabled such fact by overruling RWLV's Anti-Money Laundering and due diligence compliance protocols.

33.     RWLV, its executive suite, and its security personnel were, and are, fully cognizant of the identities and backgrounds of the high rollers frequenting its tables. While RWLV was

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

content to profit from ill-gotten funds exchanged at its casino cage, Mr. Cipriani believes that such funds should be returned to the victims.

34.     Robert Alexander should never have been permitted to gamble at RWLV—especially after RWLV's President and Surveillance Operations Manager were expressly notified of his presence.

35.     Despite Mr. Cipriani's pleas, RWLV did nothing, electing to turn a blind eye to its obligations to ensure clean gambling and the safety of its casino patrons.

**B.      RWLV and Sibella Enabled Alexander's Intimidation of Mr. Cipriani**

36.     For Mr. Cipriani's efforts to ensure RWLV's compliance with its duties, RWLV allowed Alexander to retaliate against Mr. Cipriani, a guest of RWLV and Hilton. At all relevant times herein, Hilton maintained control over hiring, direction, supervision, discipline, discharge, and relevant day-to-day aspects of its brands located within RWLV. For several weeks in late fall of 2021, Alexander engaged in a brazen campaign of harassment and intimidation of Mr. Cipriani on RWLV premises. During this time, Mr. Cipriani was staying at LXR Hotels & Resorts – Crockfords Las Vegas Resort which is part of the Hilton Worldwide Holdings Inc. brand. Mr. Cipriani trusted that RWLV and the Crockfords Resort would ensure his safety.

37.     Alexander, mounted on his mobility scooter, repeatedly pursued and disrupted Mr. Cipriani's play at RWLV's tables. Time and time again, Alexander maneuvered his scooter within inches of Mr. Cipriani's person, causing Mr. Cipriani to become fearful for his safety, and blatantly and unlawfully video recording Mr. Cipriani against the latter's express instructions.

38.     Alexander's threatening behavior and repeated assaults of Mr. Cipriani were recorded by RWLV's closed-circuit television and observed by RWLV's dealers and security personnel.

39.     Time and time again, Mr. Cipriani complained to RWLV's security and safety personnel of Alexander's threatening conduct and unlawful video recording. This conduct made Mr. Cipriani extremely uncomfortable and even fear for his safety while he was a guest at RWLV and the Crockfords Resort.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

40.     RWLV refused to act. In fact, despite the pattern of blatant harassment and threatening conduct unfolding in front of its employees, RWLV refused to even consider Mr. Cipriani's complaints that he was fearful for his safety. As a guest of both RWLV and the Crockfords, both had an obligation to ensure the safety and well-being of all guests, including Mr. Cipriani.

41.     Following weeks of continual harassment, RWLV's inaction made it abundantly clear that RWLV had no intent to fulfil its duty to discontinue and prevent Alexander's unlawful conduct. In fact, there existed almost a complete absence of adequate security at RWLV.

42.     Faced with Alexander's seemingly sanctioned abuse of his personal well-being and obstruction of his vocation, Mr. Cipriani acted to preserve his right to be free from Alexander's harassment and to peacefully patronize RWLV's casino.

43.     On November 19, 2021, during yet another episode of Alexander's open harassment, abruptly and without warning, Alexander maneuvered his mobility scooter within inches of Mr. Cipriani's person to once again video record him with his mobile phone.

44.     Out of fear, and as a result of RWLV's failure to act and protect its guest, Mr. Cipriani intercepted Alexander's telephone and fled Alexander's menacing presence.

45.     Mr. Cipriani immediately approached RWLV's casino cage and requested that its employees take possession of Alexander's telephone and address Mr. Cipriani's complaints. Again, these facts are corroborated by the recordings of RWLV's close-circuit television.

46.     In customary fashion, and despite one of countless episodes of Alexander's criminal behavior actively unfolding before it, RWLV shrugged off Mr. Cipriani's pleas for help.

47.     Mr. Cipriani then approached a RWLV security guard, who had until that point remained idle. The security guard took possession of Alexander's telephone, and Mr. Cipriani explained the extent of Alexander's ongoing intimidation and harassment.

48.     Later that day, while accompanied by his wife on RWLV's premises, Mr. Cipriani encountered a Las Vegas attorney and former shareholder in Alexander's fraudulent Kizzang venture.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

49. This attorney advised Mr. Cipriani "not to worry" about Alexander or any "trouble" that may arise relating thereto.

50. The police arrived within minutes. Mr. Cipriani was arrested, and he and his wife were physically removed from RWLV's premises.

51. Mr. Cipriani was charged with larceny for his fleeting possession of Alexander's phone. A subsequent robbery charge (with enhancement for a vulnerable victim) was added to Mr. Cipriani's indictment over four months after his arrest.

52. It was not until May 4, 2022, almost six months after Mr. Cipriani's arrest, that these criminal charges were inevitably dropped.

53. On November 20, 2021, following the incident, Mr. Cipriani texted Tatonetti to request that he preserve the footage of Alexander "filming and confronting" him. (Exh. 2, 36.)

54. In an almost too perfect illustration of RWLV's failure to ensure the safety of its patrons, Tatonetti responded as follows: "I cannot afford to get caught up in this and lose another job." (Exh. 2, p. 36.)

55. RWLV's failure to exercise due care in ensuring Mr. Cipriani's safety on its premises is shocking, but not unexpected. In violation of its common law and statutory obligations to its patrons, RWLV authorized Alexander's glaring campaign of harassment and intimidation to proceed.

56. But for RWLV's inaction, Mr. Cipriani would never have been subjected to weeks of threats and intimidation, nor would law enforcement been summoned, and an arrest effected for an incident which should never have transpired.

## C.   **RWLV and Sibella's Inaction Was Designed to Silence an Inconvenient Patron**

57. Sibella is personally familiar with Mr. Cipriani. Mr. Cipriani has notified Sibella on multiple occasions of the continued presence of gamblers with criminal records, pending criminal charges, or who are otherwise the focus of law enforcement investigation at RWLV's tables.

58. No action was ever taken on such information. Instead, RWLV shifted its focus to silence Mr. Cipriani—whom RWLV and Sibella deem a vocal patron revealing and publicizing RWLV's inconvenient truths.

COMPLAINT FOR DAMAGES

3691947.3

59.     As set forth above, convicted felon Brandon Sattler has been allowed to freely gamble at RWLV despite owing creditors upwards of $13 million on bankruptcy fraud proceedings initiated in 2018. Despite the pendency of that action and the imposition of monetary sanctions against Sattler therein, Sattler routinely gambled at RWLV, and was even contracted to manage the installation of electronics at a restaurant located on RWLV's premises, Tacos El Cabron, in which RWLV held a 50% stake.

60.     Unsurprisingly, Tacos El Cabron is now permanently shuttered. Like the Alexander scenario, Mr. Cipriani apprised Sibella of Sattler's unlawful gambling at RWLV's casino. No action was taken until news of Sattler's conviction drew the attention of the press.

61.     In April 2022, RWLV was subject to another Nevada Gaming Control Board investigation, this time pertaining to the ownership of the aforementioned Tacos El Cabron restaurant on RWLV's premises. Specifically, an alleged part-ownership in the restaurant by convicted felon David Stroj.

62.     Mr. Cipriani, who had gambled near five hundred (500) hours at RWLV since its opening, observed Stroj playing blackjack at RWLV's tables as late as January 2022, and reported these observations to federal probation officer Tina Neiman, the FBI, and the Nevada Gaming Control Board.

63.     Following investigation, Stroj admitted that he gambled at RWLV through the second half of 2021. At the time of his 2018 conviction stemming from a $10 million money laundering and illegal gambling network, Stroj was already a thrice convicted felon with a severe penchant for organized crime.

64.     Despite this, and much like Alexander, Stroj was allowed to gamble freely at RWLV. By allowing criminals such as Sattler, Stroj, and Alexander to frequent its tables and unlawfully wager substantial sums of misappropriated funds, RWLV flouts its duties to ensure clean gaming and preserve the safety of its patrons.

65.     In yet another example of RWLV's disregard for its legal obligations, Joseph Angelo Bravo, a convicted drug trafficker who was sentenced to 87 months in 1993 for his role in a cocaine importing ring with ties to the Buffalo mob, remains an active partner in no less than

COMPLAINT FOR DAMAGES

3691947.3

three (3) separate businesses at RWLV, including Eight Cigar Lounge, Bravo Tickets, and Bravo Concierge.

66.     The picture paints itself. Until RWLV's dereliction of its duties becomes the subject of public or governmental scrutiny, RWLV's executive suite and management slumbers on their legal duties owed to both the casino and its patrons.

67.     RWLV was expressly notified of Brandon Sattler, David Stroj, and Robert Alexander's squandering of fraudulently procured funds on its premises.

68.     Rather than address the problem, RWLV and its directors elected instead to silence the individuals bringing these damaging facts to public attention.

69.     If not for the actions and voices of individuals such as Mr. Cipriani, RWLV and Sibella are content to maintain a status quo detrimental to RWLV's law-abiding patrons and those individuals' seeking restitution of stolen funds.

70.     Rather than curtailing Alexander's repeated harassment and intimidation of Mr. Cipriani on its premises, RWLV withheld assistance and leveraged the malfeasance to further dissuade Mr. Cipriani from vocalizing his legitimate concerns.

71.     Ultimately, in light of Sibella and RWLV's staunch resistance and unjustifiable inaction regarding the illicit activities and the exchange of misappropriated funds at RWLV's casino, Mr. Cipriani was compelled to elevate his concerns to Kok Thay Lim, chairman and board executive of RWLV's parent company, the Genting Group. A true and correct copy of Mr. Cipriani's December 6, 2021, email to Mr. Lim is attached hereto as **Exhibit 4**.

**D.    Sibella is Terminated by RWLV as a Result of Violating RWLV Policies**

72.     In August of 2023, it became public knowledge that Federal law enforcement agents from California were investigating allegations that both current and former RWLV employees had used casino assets to pay off gambling debts. In addition, it was reported that these same individuals provided confidential customer data to illegal gambling rings that had been operating for decades. Reporting also confirmed that Sibella was at the center of this investigation. The investigation included the issuance of a subpoena wherein the Federal authorities sought communications between RWLV employees and customers.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

73.     Amidst the ongoing Federal investigation, Sibella was terminated for violating company policy and the terms of his employment.

74.     Mr. Cipriani had been repeatedly blowing the whistle directly to Sibella about the improper conduct that was going on at RWLV. However, when Mr. Cipriani was making these complaints to Sibella, he was unaware that it was Sibella himself who was directly involved. Once Sibella realized that Mr. Cipriani posed a threat to Sibella, he not only refused to take action to protect Mr. Cipriani, but he used the resources available to him at RWLV to retaliate against Mr. Cipriani.

**E.     RWLV and Sibella's Refusals to Act Caused Mr. Cipriani Irreparable Harm**

75.     To RWLV, Mr. Cipriani was an inconvenience, and Alexander's harassment of Mr. Cipriani presented a window of opportunity for Sibella and RWLV to rid itself of a bothersome patron and preserve a stream of income.

76.     In defending its status quo, and in clear violation of Nevada Revised Statute 651.015, RWLV recklessly disregarded its duties to Mr. Cipriani as a patron of its casino, turning a blind-eye to the weeks of harassment, intimidation, and assault taking place on its casino floor— all in the goal of silencing Mr. Cipriani.

77.     RWLV's inaction compelled Mr. Cipriani to protect his safety and interests, and by immediately handing Alexander's telephone to RWLV security, Mr. Cipriani did so in the least deleterious manner.

78.     Unfortunately for Mr. Cipriani, RWLV had no intent to abide by its obligations. Rather, Sibella and RWLV capitalized on the opportunity to rid itself of what they deemed a problematic whistleblower by flipping the situation on its head and summoning law enforcement for Mr. Cipriani's fleeting possession of Alexander's phone.

79.     But for RWLV and Sibella's inaction, Mr. Cipriani would not have suffered the physical harm, severe emotional distress, and reputational and professional harm inflicted by Alexander's readily preventable harassment, an unjustified arrest, the subsequent detention and incarceration, and the following imposition of severe criminal charges.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

80.     Not only was Mr. Cipriani charged with larceny, a subsequent robbery charge was added to Mr. Cipriani's indictment over four months after the arrest—a violent crime and category B felony carrying a minimum sentence of two years of imprisonment with an enhancement charge for a purportedly vulnerable victim.

81.     It was not until May 4, 2022, almost six months after Mr. Cipriani's arrest, that these charges were duly dropped.

82.     For six months, Mr. Cipriani was subject to criminal prosecution for a purely defensive act which was rendered imperative only by the failure of RWLV to abide by its regulatory and statutory obligations.

83.     RWLV should never have permitted Alexander to gamble on its premises, let alone engage in his repeated harassment and conspicuous intimidation of Mr. Cipriani. Now that Sibella has been terminated from his position, it is clear that Sibella and RWLV engaged in a scheme to harm Mr. Cipriani, because Mr. Cipriani posed a direct threat to Sibella's position of power. By exposing illegal conduct that was going on at RWLV, Sibella and RWLV did whatever they could to try and silence Mr. Cipriani. Crockfords Resort failed to protect its guest by allowing RWLV and Sibella to act in this manner and in failing to have adequate security to protect Mr. Cipriani.

84.     The harm caused by RWLV's dereliction of its duties is severe, yet entirely foreseeable. Mr. Cipriani and his wife were needlessly subjected to the inevitable emotional distress associated with an unsubstantiated arrest and the imposition of criminal charges.

85.     The only possible outcome of neglecting Mr. Cipriani's weeks-long harassment occurred. Preventing such harassment was not only required by law but would have been a swift and simple task. RWLV's inaction was reckless at best, and at worst, was designed to rid RWLV of Mr. Cipriani's inconvenient complaints amounting to conduct that shocks the conscience.

F.     **Sibella and RWLV Actively Conspired to Silence Mr. Cipriani**

86.     As if RWLV's sanctioning of Alexander's abuse and Mr. Cipriani's undue arrest did not suffice, in furtherance of its attempt to rid itself of Mr. Cipriani's bothersome statements, Sibella and RWLV subsequently pressed for frivolous criminal gambling fraud charges to be levied against Mr. Cipriani.

87.     In a report to the Nevada Gaming Control board, RWLV alleged that on the very same day of Mr. Cipriani's incident with Alexander, Mr. Cipriani past-posted wagers while playing blackjack at RWLV's tables. True and correct copies of the Nevada Gaming Control Board report, voluntary witness statements, and the ultimate criminal complaint brought against Mr. Cipriani are attached hereto as **Exhibit 5**.

88.     As reflected below, these allegations were concocted by Sibella to cause further prejudice and reputational harm to Mr. Cipriani, and more importantly, to discredit his statements regarding RWLV's improprieties and regulatory failures. These actions were undertaken because of the threat which Mr. Cipriani posed to Sibella and RWLV.

89.     Following Mr. Cipriani's arrest on November 19, 2021, Sibella approached Tatonetti and other executives in RWLV's surveillance department.

90.     Knowing the severity and broad impact of gambling cheating allegations in the Las Vegas community, Sibella ordered that Tatonetti and RWLV's surveillance personnel review the entirety of RWLV's footage depicting Mr. Cipriani's play, and that they locate instances of Mr. Cipriani cheating.

91.     Tatonetti promptly responded to Sibella's request as follows: "Cipriani doesn't cheat. There's no footage of that."

92.     Undeterred, Sibella replied: "Find anything at all that we could use to show something."

93.     Faced with Sibella's request that RWLV manufacture evidence, Tatonetti resigned as RWLV's Surveillance Operations Manager, and undertook employment as the Director of Surveillance at Palms Casino.

94.     Thirty days after Tatonetti's resignation, RWLV pressed its criminal gambling fraud charges against Mr. Cipriani.

95.     Much like the criminal charges brought against Mr. Cipriani for his fleeting possession of Alexander's telephone, the gambling fraud charges were dropped six months later.

96.     However, the irreparable harm was done. Mr. Cipriani was barred from casinos across the country.

COMPLAINT FOR DAMAGES

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

97.     Faced with RWLV's convenient allegations and improperly motivated criminal charges, Mr. Cipriani elevated his concerns to the Las Vegas Sheriff's Department. On February 22, 2022, Mr. Cipriani emailed Sheriffs Joey Herring and Joe Lombardo (now Governor of Nevada) to bring light to RWLV's retaliatory pursuit of criminal charges. A true and correct copy of Mr. Cipriani's February 22, 2022, email is attached hereto as **Exhibit 6**.

98.     Again, Mr. Cipriani's request for transparency and accountability went unanswered.

99.     RWLV, through its general counsel Gerald Gardner and his personal relationship with District Attorney Steven Wolfson, pushed the ludicrous gambling fraud complaint against Mr. Cipriani for no other reason than to silence Mr. Cipriani's revelations of RWLV's unlawful activities.

100.    Mr. Gardner and Sibella unequivocally employed the criminal proceedings to stifle Mr. Cipriani's free speech and to dismantle Mr. Cipriani's inconvenient platform.

101.    The nature of the punishment levied against Mr. Cipriani emphasizes such. Mr. Cipriani first refused a plea deal from the District Attorney because it sought to infringe upon his right to freely comment on RWLV's conduct and the unlawful conduct unfolding on its premises by restricting Mr. Cipriani's access to his far-reaching Twitter account.

102.    In response to Mr. Cipriani's refusal, the District Attorney threatened enhanced robbery charges.

103.    Faced with the unusual severity of these enhanced criminal charges and threatened sentence, Mr. Cipriani was coerced into pleading guilty to misdemeanor disorderly conduct and was compelled to agree to cease usage of his Twitter account during a one-year probationary period.

104.    Sibella and RWLV's motivation behind relentlessly pursuing criminal charges against Mr. Cipriani is clear. Nothing was more important to Sibella and RWLV than stifling Mr. Cipriani's ability to speak on the improprieties and criminal activity permeating RWLV's premises. These are the same improprieties that are now front and center in the news and on information and belief are the exact reasons why Sibella was terminated from his position.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

105.    This vindictive pursuit of charges and the complicity of the actors involved therein are no secret. Pursuant to Steven Wolfson's public Contributions and Expenses Reports, RWLV contributed $10,000 to Wolfson's reelection campaign less than one month after Mr. Cipriani's arrest. At the same time, RWLV's counsel Gerald Gardner contributed $1,000. Sibella contributed $5,000 in January 2022, and another $5,000 in August 2022—his only political contributions since 2018.

106.    RWLV and its agents' attempts to silence Mr. Cipriani culminated in aggravated harm at Alexander's hands. RWLV improperly capitalized on Alexander's wrongdoing to further its interests, maintain the status quo, and suppress Mr. Cipriani's voice for good.

## FIRST CAUSE OF ACTION

(Negligence against all Defendants)

107.    Mr. Cipriani repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

108.    Like any other casino, RWLV had a common law duty to exercise reasonable care in ensuring Mr. Cipriani's safety as a patron of the hotel and casino. Such duty included that to prevent all foreseeable harm to Mr. Cipriani during his time on RWLV's premises.

109.    RWLV and Scott Sibella breached their duties of care owed to Mr. Cipriani by refusing to address the actually known and brazen harassment and intimidation of Mr. Cipriani by Robert Alexander which took place at RWLV's casino during the latter part of 2021.

110.    Despite Mr. Cipriani's express notice and pleas for help to RWLV's employees and executive personnel, including Scott Sibella, and notwithstanding the recurring scenes unfolding inches in front of its tables, RWLV refused to act and allowed Alexander to continue his relentless campaign of harassment of Mr. Cipriani on RWLV's premises.

111.    Not only did RWLV have knowledge of Alexander's threats and attempts on Mr. Cipriani's safety, RWLV's employees, including its security personnel, witnessed the events unfold for weeks. No patron of a casino should have to endure a single threat to their safety, let alone for a period of weeks.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

112.     But for Sibella and RWLV's refusal to act, Mr. Cipriani would not have been subjected to weeks of unabated harassment and threatening conduct at the hands of convicted felon Robert Alexander.

113.     Moreover, but for such failure to act, Mr. Cipriani would not have been required to defend himself and actively seek assistance from RWLV's security personnel, leading to Mr. Cipriani's arrest and criminal charges.

114.     RWLV and Sibella's breaches of their duties of care to Mr. Cipriani caused Mr. Cipriani substantial damages stemming from weeks of threats and intimidation on RWLV's premises, an unjustified arrest, the baseless imposition of criminal charges, reputational and professional harm, as well as the inability to pursue his chosen profession at one of Las Vegas's largest casinos. None of this harm would have occurred but for Sibella and RWLV's failure to act.

115.     As a result of RWLV and Sibella's failure to ensure Mr. Cipriani's safety on RWLV's premises, Mr. Cipriani has suffered, and will continue to suffer, damages in an amount to be proven at trial. Mr. Cipriani seeks compensation for all damages caused by RWLV and Scott Sibella's failure to act.

## SECOND CAUSE OF ACTION

### (Innkeeper Liability NRS 651.015 against all Defendants)

116.     Mr. Cipriani repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

117.     Pursuant to Nevada Revised Statute 651.015, RWLV owed Mr. Cipriani a statutory duty of care to prevent all foreseeable on-premises injuries caused by third parties.

118.     Despite Alexander's repeated threats and transgressions to Mr. Cipriani's person on RWLV's casino floor, and despite RWLV and Scott Sibella's actual knowledge of Alexander's ongoing harassment of Mr. Cipriani, RWLV and Sibella failed to act.

119.     Through blatant and determined inaction, RWLV and Sibella breached their duties of care to protect Mr. Cipriani from the inevitable harm caused by Alexander's threats and attempts on Mr. Cipriani's person and safety.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

120.    But for this refusal to act, Mr. Cipriani would not have been subjected to weeks of unabated harassment and threatening conduct at Alexander's hands, infringing upon his safety, well-being, and his ability to engage in the profession of his choosing.

121.    Moreover, but for such failure to act, Mr. Cipriani would not have been required to defend himself and actively seek assistance from RWLV's security personnel, which proximately led to Mr. Cipriani's unjustified arrest and the severe criminal charges which remained pending for almost six months.

122.    RWLV and Sibella's breaches of their duties of care to Mr. Cipriani resulted in substantial damages and emotional distress inflicted upon Mr. Cipriani from weeks of intimidation and harassment on RWLV's premises, an unjustified arrest, the baseless imposition of criminal charges, reputational and professional harm, as well as the inability to pursue his chosen profession at one of Las Vegas's largest casinos.

123.    As a result of RWLV and Sibella's failure to ensure Mr. Cipriani's safety on RWLV's premises, Mr. Cipriani has suffered, and will continue to suffer, damages in an amount to be proven at trial. Mr. Cipriani seeks compensation for all damages and losses caused by RWLV and Sibella's failure to act.

## THIRD CAUSE OF ACTION

(Negligent Training, Supervision, and Retention against all Defendants)

124.    Mr. Cipriani repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

125.    Sibella had full knowledge of Alexander's weeks-long intimidation of Mr. Cipriani on RWLV's premises, as did RWLV's security personnel and the numerous dealers at the tables in front of which Alexander repeatedly threatened Mr. Cipriani's person with his mobility scooter and invasive filming.

126.    RWLV, Sibella, RWLV's supervisorial staff, and its Surveillance Operations Manager owed Mr. Cipriani a duty to ensure that RWLV's security personnel and casino floor employees were adequately trained and supervised to ensure his safety against all foreseeable

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

harm. Such duty inevitably encompasses protecting patrons from other patrons engaging in conduct likely to cause harm.

127.    Despite having knowledge of repeated instances of harassment and threatening behavior directed at Mr. Cipriani, not a single RWLV employee intervened to curtail Alexander's unlawful conduct.

128.    In light of Mr. Cipriani's express notification to Sibella that Mr. Cipriani's safety was being jeopardized by another patron of the RWLV casino, Sibella and RWLV owed Mr. Cipriani a duty of care to ensure that Hilton and RWLV's security personnel and floor employees were adequately trained and supervised to prevent such ongoing and repeated instances of harm.

129.    Despite knowing that Alexander's conduct was capable and likely of repetition, RWLV and Sibella took no action to ensure that Hilton and RWLV's employees would address any future situations that would arise.

130.    Mr. Cipriani's suffering of weeks of threats and intimidation at Alexander's hands evidence a complete failure of RWLV and Sibella to meet their burden. Not only did RWLV fail to affirmatively intervene and prevent Alexander's known unlawful conduct towards another patron of its casino, RWLV failed to ensure that its employees were adequately trained and supervised to ensure Mr. Cipriani's ongoing safety on its premises. Competently trained and supervised security and casino personnel would have immediately intervened and curtailed Alexander's unlawful conduct.

131.    Moreover, as set forth above, Mr. Cipriani explicitly requested immediate assistance from the employee stationed at RWLV's casino cage. That employee refused to help, electing instead to require Mr. Cipriani to fend for himself and find a solution to abate Alexander's misconduct.

132.    As a direct and proximate result of RWLV and Sibella's failure to adequately train and supervise RWLV's casino employees, Mr. Cipriani was subject to weeks of threats and intimidation, an unjustified arrest, the baseless imposition of criminal charges, reputational and professional harm, the inability to pursue his chosen profession, and has suffered general damages in an amount to be determined by proof at trial.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

**FOURTH CAUSE OF ACTION**

(Intentional Infliction of Emotional Distress against all Defendants)

133.   Mr. Cipriani repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

134.   As set forth above, RWLV owed Mr. Cipriani a duty of care to prevent all foreseeable harm to the latter as a patron on its premises. This includes the duty to prevent foreseeable harm at the hands of a patron which it had reason to believe posed a threat to Mr. Cipriani's safety.

135.   Not only did RWLV have reason to believe that Alexander poses a risk to Mr. Cipriani's safety, RWLV was fully aware of such from the repeated and continual harassment of Mr. Cipriani while the latter attempted to do no more than gamble at RWLV's tables.

136.   Rather than ensure Mr. Cipriani's safety, Sibella and RWLV did the opposite. Despite full knowledge and awareness of the ongoing campaign of harassment and threats directed at Mr. Cipriani by Alexander, RWLV intentionally withheld all assistance and security—woefully failing to abide by its duties and affirmatively discarding Mr. Cipriani's pleas for help.

137.   Sibella and RWLV was perfectly happy to allow Alexander's misconduct to continue on its casino floor with the hope that a patron it deemed problematic would simply disappear. RWLV's decision to knowingly expose Mr. Cipriani to Alexander's threatening conduct was unjustifiable and egregious.

138.   All patrons of Hilton and RWLV should expect to be safe on its premises, and no person should be compelled to endure weeks-long harassment in a location where they expect to be safe and free to game.

139.   Sibella and RWLV's conduct were targeted at Mr. Cipriani and made with intent to inflict emotional distress.

140.   Through Sibella and RWLV's outrageous conduct as described herein and above, Sibella and RWLV and their agents acted with the intent to cause, or with a reckless disregard for the probability to cause, humiliation, mental anguish, and substantial and enduring emotional distress.

3691947.3

141.    To the extent that said outrageous conduct was perpetrated by RWLV's agents, RWLV authorized and ratified the conduct with the knowledge that Mr. Cipriani's emotional and physical distress would thereby increase, and with a wanton and reckless disregard for Mr. Cipriani's wellbeing.

142.    As a direct and proximate result of defendant's conduct, Mr. Cipriani has suffered general damages in an amount to be determined by proof at trial.

143.    Mr. Cipriani seeks punitive damages in an amount to be determined at trial as RWLV and Sibella's acts, and each of them, were malicious and highly offensive to any reasonable person. Punitive damages should be imposed in an amount sufficient to deter Sibella and RWLV from further engaging and pursuing such conduct.

## FIFTH CAUSE OF ACTION

(Civil Conspiracy against all Defendants)

144.    Mr. Cipriani repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

145.    Defendants RWLV and Sibella conspired to enable and allow Alexander's threats and harassment of Mr. Cipriani to proceed.

146.    Sibella and RWLV had a mutual understanding that they would refrain from intervening and would allow Mr. Cipriani to be subjected to weeks of threats and harassment in RWLV's casino.

147.    Sibella and RWLV's purposeful inaction were designed to accomplish the common goal of silencing Mr. Cipriani's whistleblowing and constructively barring him from patronizing RWLV's casino.

148.    Sibella and RWLV's pattern of pervasive conduct, including the repeated overruling of RWLV's compliance protocols to allow convicted felons such as Alexander access to RWLV's premises and amenities, was designed to benefit RWLV's revenue to the detriment of its patrons' safety.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

149.     Sibella and RWLV further conspired to enable Alexander's campaign of intimidation against Mr. Cipriani in retaliation for Mr. Cipriani shedding light on Sibella and RWLV's failure to abide by the regulatory duties' incumbent upon any Nevada gaming institution.

150.     Sibella and RWLV acted with the common goal of accomplishing the unlawful objective of knowingly subjecting Mr. Cipriani to inevitable harm at Alexander's hands.

151.     As a direct and proximate result of Defendants' actions, Mr. Cipriani has suffered general damages in an amount to be determined by proof at trial.

152.     Mr. Cipriani seeks punitive damages in an amount to be determined at trial as RWLV and Sibella's acts, and each of them, were malicious and highly offensive to any reasonable person. Punitive damages should be imposed in an amount sufficient to deter Sibella and RWLV from further engaging and pursuing such conduct.

### SIXTH CAUSE OF ACTION

(Concert of Action against all Defendants)

153.     Mr. Cipriani repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

154.     RWLV and individual defendant Sibella acted in concert with one another pursuant to the common scheme of committing the torts set forth above, including but not limited to disregarding their duty to ensure Mr. Cipriani's safety as a patron of RWLV's casino.

155.     Based on Alexander's continued presence on RWLV's premises despite his extensive criminal record and Mr. Cipriani's repeated complaints regarding Alexander's ongoing campaign of harassment, Mr. Cipriani alleges that Sibella and RWLV allowed Alexander's misconduct to continue until Mr. Cipriani suffered harm.

156.     Sibella had full authority and ability to address Alexander's misconduct and heed Mr. Cipriani's evidenced concerns at any time during Alexander's harassment.

157.     Sibella and RWLV's concerted actions were designed to deter Mr. Cipriani from freely exercising his right to speak with and inform regulatory investigators and law enforcement officials of RWLV's failure to fulfill their regulatory and statutory duties.

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3691947.3

158.    As a direct and proximate result of Sibella and RWLV's actions, Mr. Cipriani has suffered general damages in an amount to be determined by proof at trial.

159.    Mr. Cipriani seeks punitive damages in an amount to be determined at trial as RWLV and Sibella' acts, and each of them, were malicious and highly offensive to any reasonable person. Punitive damages should be imposed in an amount sufficient to deter Sibella and RWLV from further engaging and pursuing such conduct.

## PRAYER FOR RELIEF

WHEREFOR, Mr. Cipriani respectfully prays for judgment and relief against Resorts World Las Vegas, LLC, Resorts World Las Vegas Hotels, LLC, and Scott Sibella as follows:

1.    For compensatory damages in an amount to be proven at trial.

2.    For punitive damages.

3.    For costs of suit incurred herein.

4.    For any other and further relief, the Court deems just and proper.

Dated this 9th day of October 2023.

                            NEMECEK & COLE


                    By:    /s/ Marshall R. Cole
                            16255 Ventura Boulevard, Suite 300
                            Encino, California 91436-2300

                            And

                            /s/ David J. Merrill
                            David J. Merrill
                            David J. Merrill, P.C.
                            10161 Park Run Drive, Suite 150
                            Las Vegas, Nevada 89145

                            Attorneys for Plaintiff

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

1

**Index of Exhibits**

2    Exhibit 1: Request for Information to RWLV                                                      1

3    Exhibit 2: Text messages between Cipriani and Tatonetti                                         3

4    Exhibit 3: Internal RWLV email                                                                  41

5    Exhibit 4: Email from Cipriani to Lim                                                           43

6    Exhibit 5: Nevada Gaming Control Board Report, Witness Statements, and Complaint                45

7    Exhibit 6: Email from Cipriani to Clark County Sheriff                                          55

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEMECEK & COLE
A PROFESSIONAL CORPORATION
16255 VENTURA BOULEVARD, SUITE 300, ENCINO, CALIFORNIA 91436-2300
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

COMPLAINT FOR DAMAGES

3691947.3

# EXHIBIT 1
Request for Information to RWLV

| From | "Toone, David" <DToone@gcb.nv.gov> | |
|---|---|---|
| To | "zachary.koep@rwlasvegas.com" | Reply |
| | <zachary.koep@rwlasvegas.com> | |
| Subject | Request for Information | |
| Date | Tue, 26 Oct 2021 19:07:25 +0000 | |
| Attachments | 2 | |

PDF Attachments are best viewed using Adobe Acrobat Reader.  Please click https://get.adobe.com/reader/  to download a copy of the Adobe Reader Software.


Good Afternoon,

In support of an active law enforcement investigation, I am requesting complete stay and play history on the following individual since Resorts World opened:

Subject: Robert Alexander
DOB: ███████
SSN: ███████
Addresses (For reference; some are a few years old):

1. 5307 Fairbranch Lane, Las Vegas, NV 89135
2. 7881 Rockwind Court, Las Vegas, NV 89117
3. 2909 Crecentville Road, West Chester, OH 45069
4. 23 Glenby Lane, Brookville, NY 11545
5. 633 Canyon Greens Drive, Las Vegas, NV 89144
6. 221 King Street #115, San Francisco, CA 94107
7. 408 Club Court, Las Vegas, NV 89144
8. 2867 Turtlehead Peak Drive, Las Vegas, NV 89135

Feel free to reach out with any questions.

Thanks,

David Toone, Agent
Special Investigations and Intelligence Unit
Enforcement Division
Nevada Gaming Control Board
dtoone@gcb.nv.gov<mailto:dtoone@gcb.nv.gov>
702.486.2020 office
702.219-0487 mobile
702.486.2230 fax

2

# EXHIBIT 2

Text messages between Cipriani and Tatonetti

J T

July 9, 2021

Good afternoon                                3:54 PM ✓✓

I am but I am deathly afraid of anything going south here. Can't afford to lose this job, this is my last shot in town, I've burned a lot of bridges with the MGM BS.                4:52 PM

No worries
Just want to give you intel you should know

4:53 PM ✓✓



bsatt76
Pacific Beach-Crown Point

Message

EXHIBIT 2 PAGE 1



EXHIBIT 2 PAGE 2



**J T**

Liked by **mario.cu** and 60 others 4:53 PM

**Sattler v. Russell (In re Sattler), No. 20-60029 | Ca...**
Read Sattler v. Russell (In re Sa...
casetext.com

https://casetext.com/case/sattler-v-russell-in-re-sattler-1
4:53 PM

He's been playing at RW Branden Sattler
4:54 PM

I saw him last night.
4:54 PM

BAD GUY 4:55 PM

Was playing 11PM -3PM
4:55 PM

I was sitting with him

Message

**EXHIBIT 2 PAGE 3**





J T

BAD GUY    4:55 PM ✓✓

Was playing 11PM -3PM
                4:55 PM ✓✓

I was sitting with him.
He held up game for
30 mins to do a double
down.
He's a criminal
Stole $10 M
From one guy    4:58 PM ✓✓

He's in bankruptcy RIGHT
NOW    4:58 PM ✓✓

I remember something
not good about him from
Cosmo as well    4:59 PM

July 10, 2021

Message

EXHIBIT 2 PAGE 4

7



July 10, 2021

Branden was here again last night playing.
Bro
Between you and I.
He's under FBI investigation.
I know that for a fact!

9:25 AM ✓✓

I saw you yesterday on the floor.
I avoided you on purpose

9:25 AM ✓✓

Thanks man. I am so scared around here.

6:03 PM

I got you covered

6:56 PM

**EXHIBIT 2 PAGE 5**

J T

scared around here.

6:03 PM

I got you covered

6:56 PM ✓✓

Appreciate it!! 6:56 PM

I saw Eddie Ting in there
Can't believe they let him
play

6:58 PM ✓✓

July 26, 2021

Hey
Good afternoon
Can you talk for  5 mins

1:37 PM ✓✓

Yes sir 1:42 PM

July 30, 2021

Message

**EXHIBIT 2 PAGE 6**



**J T**

August 26, 2021

Good afternoon
Did you get your
promotion yet!    12:22 PM ✓✓

No, but happy with my
current role for now.
Sometimes it's nice not
to be the main boss and
not having to take all the
heat. 😎    1:43 PM

Yep    1:43 PM ✓✓

August 29, 2021

Call me when free
IMPORTANT    4:02 PM

September 1, 2021

Message

**EXHIBIT 2 PAGE 7**

10



J T

September 18, 2021

I can't believe Eddie Ting got through compliance and is playing at RW.
A fucking Triad, money launderer and convicted felon!  3:29 PM

Other than that
How are you  3:30 PM

Me either. The Cage Director is really pissed about it as well. I'm ok, hanging in there.  3:31 PM

I was had a big blowup with Casino Manager about yesterday afternoon in high roller pit.

Message

EXHIBIT 2 PAGE 8

**J T**

hanging in there.    3:31 PM

I was had a big blowup with Casino Manager about yesterday afternoon in high roller pit.
Look at the footage.
They didn't want to reserve a table for me but they did for him    3:38 PM ✓✓

Sibella overruled compliance and him and his friends have wired in millions and he's playing blackjack, poker and having a birthday party too    3:39 PM ✓✓

Lol. Shocker.    3:40 PM

Message

EXHIBIT 2 PAGE 9

**J T**



September 18, 2021

I told him yesterday he better stop letting Branden Sattler gamble there, because the FBI is going to arrest him for stealing tens of millions of dollars
3:42 PM ✓✓

I told Scott, "how's it going to look if the FBI arrests him at RW?!"
3:43 PM ✓✓

They are def looking at him. That's for sure.
3:43 PM

He told Donnie to look into it.
3:43 PM ✓✓

Lol
3:43 PM ✓✓

Message

EXHIBIT 2 PAGE 10

J T

stealing tens of millions of dollars                    3:42 PM ✓✓

I told Scott, "how's it going to look if the FBI arrests him at RW?!"                    3:43 PM ✓✓

They are def looking at him. That's for sure.                    3:43 PM

He told Donnie to look into it.                    3:43 PM ✓✓

Lol    3:43 PM ✓✓

They know
He's gambling and a vendor at RW.
He's been throwing Sibella's name all over RW.

Message

EXHIBIT 2 PAGE 11    14



J T

into it.                                      3:43 PM ✓✓

Lol   3:43 PM ✓✓

They know
He's gambling and a
vendor at RW.
He's been throwing
Sibella's name all over
RW.
I told Scott that.      3:44 PM ✓✓

**In Re Brandon Sattler**
Other Statutory Acti...
dockets.justia.com

https://dockets.justia
.com/docket/california
/cacdce/2:2021mc00754
/818743                  3:45 PM ✓✓

Its a joke who they let in
to play

Message

EXHIBIT 2 PAGE 12

J T

Its a joke who they let in to play 3:45 PM

I told Scott Google him 3:45 PM

Sattler won't playing there much longer in my professional opinion. 🤠 3:46 PM

Branden is friends with Scott for years 3:46 PM

Sattler is doing Electrical work at RW and his girlfriend killed someone when she was driving her car.
The girlfriend works at Gatsbys.
Can you fucking believe it

Message

EXHIBIT 2 PAGE 13    16

J T

September 18, 2021

5 PM ✓✓

I told Scott
Google him    3:45 PM ✓✓

Sattler won't playing
there much longer in my
professional opinion. 🤠

3:46 PM

Branden is friends with
Scott for years    3:46 PM ✓✓

Sattler is doing Electrical
work at RW and his
girlfriend killed someone
when she was driving
her car.
The girlfriend works at
Gatsbys.
Can you fucking believe

3:48 PM ✓✓

Message

EXHIBIT 2 PAGE 14    17



J T

September 18, 2021

I know   3:50 PM ✓✓

I told Scott yesterday at
Mulberry Street Pizzeria
that I
know FOR SURE
FBI is on Sattler.   3:51 PM ✓✓

I can confirm FBI is
                    3:51 PM

I literally barged into his
meeting there and sat
right next to him so he
couldn't escape   3:52 PM ✓✓

Hey just so you
know Sattler was at
BJ tournament last
weekend.
You should absolutely
get that footage for the

Message

**EXHIBIT 2 PAGE 15**

18



**J T**

September 18, 2021

6:02 PM ✓✓

Hey just so you know Sattler was at BJ tournament last weekend.
You should absolutely get that footage for the FBI
6:20 PM ✓✓

He was trolling for another victim
6:20 PM ✓✓

👍 6:21 PM

Believe it or not
They invited him but not me!
6:22 PM ✓✓

WTF 6:22 PM ✓✓

Lol

Message

EXHIBIT 2 PAGE 16    19



J T

October 1, 2021

Hey my friend   1:57 PM

How are you   1:57 PM

**NEW YORK POST**
'Grand Theft Auto' kingpin pleads g...
nypost.com

https://nypost.com/2020/01/16/grand-theft-auto-kingpin-pleads-guilty-to-fraud-charges/   1:58 PM

This guy was in Resorts World last night.
His name is Robert Alexander.
I think he was gambling.

2:00 PM

Not 100% sure   2:00 PM

Message

EXHIBIT 2 PAGE 17   20



EXHIBIT 2 PAGE 18

J T

October 4, 2021

That's the guy I told you about          5:43 PM ✓✓

Yea, ty   5:44 PM

I put that in just because he's a bad guy          5:45 PM ✓✓

October 7, 2021

How are you?   10:20 PM ✓✓

Did they bar Branden Sattler yet          10:47 PM ✓✓

Can you talk   10:52 PM ✓✓

Not sure. I heard he's in Cali though. Had a contact reach out to me from San Manuel.

10:54 PM

Message

EXHIBIT 2 PAGE 19          22



J T

October 8, 2021

Good morning
See what you can find
out about Sattler's play at
San Manuel
Thanks
8:28 AM ✓✓

Is  Max Tappeiner leaving
RW?
1:40 PM ✓✓

Haven't heard anything
but wouldn't t surprise
me, he's not apart of the
mgm boys club.
1:45 PM

When they arrest Sattler
Krack is going to be
scared to death
1:58 PM ✓✓

Lol, be funny if they
arrested him in front of

Message

**EXHIBIT 2 PAGE 20**

23



EXHIBIT 2 PAGE 21



J T

October 18, 2021

I heard you stuck for me last week. Thanks!!!    11:36 AM

Donald and I were sticking up for you. Al was bashing you. He's an idiot.    11:37 AM

He kept saying Are you sure??? Are you sure???    11:38 AM

Anyway Thanks alot. I appreciate it !!!    11:38 AM

Of course!    11:39 AM

Message

**EXHIBIT 2 PAGE 22**    25

**J T**

October 20, 2021

Good morning
Robert Alexander was
playing again yesterday

7:48 AM

October 25, 2021

Alexander in again
WTF

10:03 AM

Feds are pissed!!!

12:09 PM

Hope they come arrest
him at RWLV. 🤠

12:12 PM

He's there almost every
day

12:18 PM

October 28, 2021

Message

EXHIBIT 2 PAGE 23    26



JT

October 28, 2021

Alexander there again last night
4:52 PM ✓✓

Amazing
Never wins 4:52 PM ✓✓

I'm surprised Feds haven't subpoenaed you yet
4:53 PM ✓✓

Maybe they have 🤠
4:53 PM

Aahhhh 4:55 PM ✓✓

How are you and your son doing?
4:58 PM ✓✓

Good. He's off school tomorrow, just picked

Message

EXHIBIT 2 PAGE 24     27



J T

October 29, 2021

Good morning
Call when free          9:44 AM ✓✓

Sattler was at Grand
opening for Taco place
outside of RW          3:20 PM ✓✓

Sattler did so much dirty
business with Whack
Krack.
You have no idea
                       5:30 PM ✓✓

Shocker. This whole
town is a bunch of scum
bags. Even the governor
got pulled over drunk
the other day and they
covered that up as well.
                       5:31 PM

Message

EXHIBIT 2 PAGE 25    28

J T

October 29, 2021

Are you kidding! 5:33 PM

Can you talk? 5:33 PM

Not right now, I'll send you link. 5:33 PM

No wanted to ask you something else.
Call when you're free 5:34 PM

October 31, 2021

**Rick Porrello's - AmericanMafia.com - Stev...**
Steve Miller is a former Las Ve...
www.americanmafia.com

http://www.americanmafia.com

Message

EXHIBIT 2 PAGE 26



EXHIBIT 2 PAGE 27    30



J T

Who is Joe Bravo?  He is a convicted drug trafficker who was sentenced to 87 months in 1993 for his role in a cocaine importing ring with ties to the Buffalo mob. The Niagara Falls-to-Las Vegas distribution network distributed 400 kilos

5:03 PM

**Bravo Tickets**
Premier access and VIP servic...
www.bravotickets.com

https://www.bravotickets.com/

5:03 PM

Message

**EXHIBIT 2 PAGE 28**

31



J T

October 31, 2021    03 PM ✓✓

Chesnoff is partnered in this and Concierge business at RW    5:03 PM ✓✓

**Bravo Tickets Concierge Concierge**
bravoticketsconcierge.com

https://bravoticketsconcierge.com/    5:03 PM ✓✓

**Eight Lounge Las Vegas - Eight Lounge Las Vegas**
ABOUT EIGHT Visualized by en...
eightloungelv.com

https://eightloungelv.com/    5:03 PM ✓✓

David Chesnoff is Joe Bravo's attorney    5:03 PM ✓✓

Message

EXHIBIT 2 PAGE 29    32

**J T** 📹 📞 ⋮

.com/                                    5:03 PM ✓✓

David Chesnoff is Joe Bravo's attorney        5:03 PM ✓✓

Look at his name on court docs                5:03 PM ✓✓



5:03 PM ✓✓

Fucking joke
Sibella doing business with drug traffickers

EXHIBIT 2 PAGE 30        33



**J T**

5:03 PM

Fucking joke
Sibella doing business
with drug traffickers
5:04 PM

Shocker. 😂 5:04 PM

And Chesnoff 5:05 PM

What would KT Lim say
about this??? 5:05 PM

They are so brazen and
arrogant 5:05 PM

Goodman and David
Chesnoff. Chesnoff is
currently one of Bravo's
business partners and is a
known to represent the
interests of alleged
mobsters. Picture of
Chesnoff walking into
court to defend alleged NY
mobster Vincent Faraci.
7:41 PM

in land deals with Bravo
both locally and in
Mexico.Down in Baja
California Sur, their friend
Joe's name and criminal
history have splashed in
the press in association
with their Punta Arena de
la Ventana resort and...
7:41 PM

drug trafficker doing
managing a Mexican
airport? That's a question

HOA Scandal in sin
reviewjournal.com/new
familiar-...  @EHoahell

Message

EXHIBIT 2 PAGE 31

3:16 93%

J T

arrogant 5:05 PM

Goodman and David Chesnoff. Chesnoff is currently one of Bravo's business partners and is a known to represent the interests of alleged mobsters. Picture of Chesnoff walking into court to defend alleged NY mobster Vincent Faraci.

7:41 PM

in land deals with Bravo both locally and in Mexico.Down in Baja California Sur, their friend Joe's name and criminal history have splashed in the press in association with their Punta Arena de la Ventana resort and...

7:41 PM

drug trafficker doing managing a Mexican airport? That's a question skeptical reporters asked in 2010. They've also wondered about Bravo's cordial relationship with then-Baja Sur Gov. Narciso Agundez Montano.

7:41 PM

HOA Scandal in sin city. reviewjournal.com/news/familiar-... @EHoahell

+4

reviewjournal.com
Familiar faces show up in HOA probe

Whole town is a scam man. Just keeping my head down trying to survive. 7:55 PM

I know you are.
This must drive you absolutely insane!

8:19 PM

November 1, 2021

Message

J T

**November 2, 2021**    22 AM

Saw that. He should hire Chesnoff, he will get him off
11:32 AM

He already  Did!!!!
11:35 AM

Shocker. Lol.    11:36 AM



2:19 PM

🤡🤡🤡    2:20 PM

Message

EXHIBIT 2 PAGE 33    36



J T

November 20, 2021

Believe me I know and I don't want to jeopardize you.
I just want to make sure YOU can get it and have it when a formal request comes.

9:35 AM

Won't ever hurt you

9:36 AM

November 21, 2021

Robin Hood  3:49 PM
I want to formally ask you to please preserve

Scott Sib...  4:21 PM
to me

rj. i look into when i get back and will make sure video is kept.  per our

Message

**EXHIBIT 2 PAGE 34**



**J T**

8:41 AM ✓✓

I can not afford to get caught up in this and lose another job.

Casino guests never get to make requests directly to Surveillance.

Go through your host or Scott or whoever you deal with directly there and make your requests.

9:34 AM

Believe me I know and I don't want to jeopardize you.
I just want to make sure YOU can get it and have it when a formal request

Message

EXHIBIT 2 PAGE 35    38



J T

November 20, 2021

Joe call me ASAP
8:39 AM ✓✓

They arrested me last
night
8:39 AM ✓✓

Preserve the footage of
Alexander filming me and
confronting me
8:39 AM ✓✓

Multiple times for 3 days
8:41 AM ✓✓

I can not afford to get
caught up in this and lose
another job.

Casino guests never get
to make requests directly
to Surveillance.

Message

EXHIBIT 2 PAGE 36        39

# J T

K. Just got here.   11:58 AM



From: "Toone, David" <DToone@gcb.nv.gov>
To: "zachary.koep@rwlasvegas.com"
   <zachary.koep@rwlasvegas.com>
Subject: Request for Information
Date: Tue, 26 Oct 2021 19:07:25 -0000
Attachments: 2

PDF Attachments are best viewed using Adobe Acrobat Reader. Please click https://get.adobe.com/reader/ to download a copy of the Adobe Reader Software.

Good Afternoon,

In support of an active law enforcement investigation, I am requesting complete stay and play history on the following individual since Resorts World opened:

Subject: Robert Alexander

Addresses (For relevance; some are a few years old):

1. 5307 Fairbranch Lane, Las Vegas, NV 89135
2. 7881 Rockwind Court, Las Vegas, NV 89117
3. 2909 Crecentville Road, West Chester, OH 45069
4. 23 Glenby Lane, Brookville, NY 11545
5. 633 Canyon Greens Drive, Las Vegas, NV 89144
6. 221 King Street #115, San Francisco, CA 94107
7. 408 Club Court, Las Vegas, NV 89144
8. 2867 Turtlehead Peak Drive, Las Vegas, NV 89135

Feel free to reach out with any questions.

Thanks,

David Toone, Agent
Special Investigations and Intelligence Unit
Enforcement Division
Nevada Gaming Control Board
dtoone@gcb.nv.gov <mailto:dtoone.dtoone@gcb.nv.gov>
702.486.2020 office
702.219-0497 mobile
702.486.2230 fax

12:42 PM

**From:** Patrick Morales <louis.morales@rwlasvegas.com>
**Sent:** Saturday, September 18, 2021 8:47 AM
**To:** Surveillance Management - RWLV
<SurveillanceManagementRWLV@rwlasvegas.com>
**Cc:** Dave Wheatley <David.Wheatley@rwlasvegas.com>
**Subject:** Photo Requests - Brandon Sattler

Good morning,

Per our conversations earlier this morning, Brandon Sattler (Patron ID [redacted] is currently being investigated by a government agency and would like to obtain photos of him being on property, as well as his gaming activity. He has played from 09.06.21 to 09.15.21, typically playing in the High Limits area; according to Synkros, his highest average bet thus far has been $1,035.00. Any photos of his high action gaming activity (i.e. wagers per hand) and him being on property would be greatly appreciated. As discussed, no subpoenas exist for this individual, as this investigation on the subject is ongoing. Thanks   12:42 PM

Message



EXHIBIT 2 PAGE 37

# EXHIBIT 3

Internal RWLV email

**From:** Patrick Morales <louis.morales@rwlasvegas.com>
**Sent:** Saturday, September 18, 2021 8:47 AM
**To:** Surveillance Management - RWLV
<SurveillanceManagementRWLV@rwlasvegas.com>
**Cc:** Dave Wheatley <David.Wheatley@rwlasvegas.com>
**Subject:** Photo Requests - Brandon Sattler

Good morning,

Per our conversations earlier this morning, Brandon
Sattler (Patron ID ███████) is currently being
investigated by a government agency and would like to
obtain photos of him being on property, as well as his
gaming activity. He has played from 09.06.21 to
09.15.21, typically playing in the High Limits area;
according to Synkros, his highest average bet thus far
has been $1,035.00. Any photos of his high action
gaming activity (i.e. wagers per hand) and him being on
property would be greatly appreciated. As discussed,
no subpoenas exist for this individual, as this
investigation on the subject is ongoing. Thanks,

# EXHIBIT 4

Email from Cipriani to Lim

From: **Robin Hood** <robinhoodvegas@gmail.com>
Date: Mon, Dec 6, 2021, 8:33 AM
Subject: SCOTT SIBELLA PRESIDENT OF RESORTS WORLD LAS VEGAS
To: <Kt.Lim@genting.com>, <hui.lim@rwlasvegas.com>
Cc: <kevin.jones@rwnewyork.com>


Mr. Lim,
Hope you're well.
My name is RJ Cipriani.  I've been coming to your property at Resorts World Las Vegas on a regular basis
for over four months.
I connected and brought my friend and business associate, Harvey Mason Jr, CEO of the Recording
Academy and his two Co-Presidents, to meet with Scott Sibella and Kevin Jones on November 15th, to
discuss various business opportunities at Resorts World Las Vegas, including a GRAMMYs Museum.
This meeting took many months to arrange. Looking back I feel I have made a lapse in judgment for even
letting that meeting take place, based on disturbing and troubling information I have witnessed as a guest
of the new resort.  I also feel I've put the Recording Academy in a precarious situation.
As the Chairman of Genting Corporation, you should be made aware of what's been going at the property
since it opened.
I have personally witnessed criminals gambling at Resorts World Las Vegas that are not welcome to
gamble anywhere else in the United States.  I have seen a friend of Scott Sibella's, Alan Richardson,
operate and control the private poker rooms in Crockfords that appears were built for this purpose. This
same friend is given access by Scott to other property business decisions, as he and Alan have spoken
about the search for a new VP of hotel operations.
I have spoken directly with other individuals who have told me they are partners with Scott in restaurants
at the property.  It's common knowledge by many guests and employees at the property that other friends
of Scott's are operating 3rd party services at the resort. These services range from concierge to
outsourcing the purchasing of show tickets by the concierge.  I'm sure if you looked at all of your 3rd
party deals you'd find more that are connected to Scott and his friends. Many of the 3rd party operators,
owners or partners, are criminals or well connected lawyers and businessman in Las Vegas. None would
list their primary livelihood or career experience in the service area they are now contracted to provide to
Resorts World Las Vegas.
These issues should be of concern to you, to Genting's investors and to gaming boards in Las Vegas, New
York and Singapore.
I believe you're unaware of these issues and I'd like to meet to personally discuss.  I want this email to
prove you've been made aware of these issues and extend an opportunity to meet with me before the
issues become a problem for your company in New York or Singapore where Scott is not insulated and
protected.
No one seems to be protecting your Las Vegas investment or your legacy!
Call me anytime.
RJ Cipriani
310 770-0334

EDWIN TING
https://www.pokernews.com/news/2014/01/edwin-ting-sentenced-17319.htm

ROBERT ALEXANDER
https://nypost.com/2020/01/16/grand-theft-auto-kingpin-pleads-guilty-to-fraud-charges/

BRANDEN SATTLER
https://www.pacermonitor.com/public/case/28664589/RUSSELL_et_al_v_SATTLER

UNITED STATES BUREAU OF PRISONS
Name: JOSEPH ANGELO BRAVO
Register Number: ███████
Race: White Sex: Male
Released On: 07/23/1999

# EXHIBIT 5

Nevada Gaming Control Board Report, Witness



# Nevada Gaming Control Board (Las Vegas)

Report for Incident 21LV10497

| | |
|---|---|
| **Nature:** FRAUD ACTS | **Address:** 3000 S LAS VEGAS BLVD; |
| | RESORTS WORLD |
| **Location:** HLR | LAS VEGAS NV 89109 |

| | | |
|---|---|---|
| **Offense Codes:** 39A | | |
| **Received By:** Garcia, I | **How Received:** T | **Agency:** LV |
| **Responding Officers:** Dickenson, A | | |
| **Responsible Officer:** Dickenson, A | **Disposition:** ACT 11/22/21 | |
| **When Reported:** 13:44:24 11/22/21 | **Occurred Between:** 13:43:56 11/22/21 and **:**:** **/**/** | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

**Complainant:**

| | | |
|---|---|---|
| **Last:** | **First:** | **Mid:** |
| **DOB:** **/**/** | **Dr Lic:** | **Address:** |
| **Race:** | **Sex:** | **Phone:** | **City:** , |

## Offense Codes

| | |
|---|---|
| **Reported:** | **Observed:** |

**Additional Offense:** 39A BETTING/WAGERING

## Circumstances

| | |
|---|---|
| **Responding Officers:** | **Unit :** |
| Dickenson, A | C609 |

| | | |
|---|---|---|
| **Responsible Officer:** Dickenson, A | **Agency:** LV |
| **Received By:** Garcia, I | **Last Radio Log:** 14:50:04 11/22/21 CMPLT |
| **How Received:** T Telephone | **Clearance:** RTF Report to Follow |
| **When Reported:** 13:44:24 11/22/21 | **Disposition:** ACT **Date:** 11/22/21 |
| **Judicial Status:** | **Occurred between:** 13:43:56 11/22/21 |
| **Misc Entry:** | **and:** **:**:** **/**/** |

| | | |
|---|---|---|
| **Modus Operandi:** | **Description :** | **Method :** |

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|

| 12/13/21 | Name | KOEP, ZACHARY PATRICK | Witness |
|----------|----------|-------------------------|-------------------|
| 12/12/21 | Name | LEYVA, GABRIEL | Witness |
| 12/12/21 | Name | JAMES, KAILEE YVONNE | Witness |
| 12/12/21 | Name | THORBJORNSEN, ERIN MARIE | Witness |
| 12/08/21 | Name | CIPRIANI, ROBERT | Suspect |
| 12/08/21 | Name | RESORTS WORLD LAS VEGAS, | Licensee |
| 12/13/21 | Property | Thumb Drive 0 | Evidence |
| 12/13/21 | Evidence | USB thumb drive w/ surveillanc | Evidence Incident |

## Property

| | | | |
|---|---|---|---|
| **Property Number:** | 34497 | | |
| **Item:** | Thumb Drive | **Owner Applied Nmbr:** | |
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | 1 |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | |
| **Owner:** | | | |
| **Agency:** | LV Las Vegas Enforcement | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Dickenson, A |
| **UCR:** | RAV Recordings, Audio or Visual | **UCR Status:** | |
| **Local Status:** | | **Storage Location:** | |
| **Crime Lab Number:** | | **Status Date:** | **/**/** |
| **Date Released:** | **/**/** | **Date Recov/Rcvd:** | **/**/** |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | **:**:** **/**/** |
| **Reason:** | | | |
| **Comments:** | | | |

## Narrative

REPORTED BY AGENT ALEXANDRA DICKENSON

INTRODUCTION

On November 22, 2021, Resorts World Director of Security Zachary Koep contacted the Nevada Gaming Control Board (NGCB) regarding Patron Robert Cipriani past-posting wagers while playing blackjack.

FRAUDULENT ACTS

Nevada Revised Statute 465.070 (5) states it is unlawful for any person to place or increase a bet after acquiring knowledge of the outcome of the game or other event which is the subject of the bet, including past-posting and pressing bets.

BLACKJACK

Blackjack is a statutorily approved gambling game wherein players make an initial wager in return for two cards.  Players may then decide to Hit (Receive a card), stand (receive no cards), double down (double the original wager in return for only one card), or split (create two hands to be played independently in return for another wager equal to the original wager).  The double down option is usually employed when the player's hand is equal to ten or eleven, and is made by placing a wager of equal value next to the original wager.  A player wins when their hand total is higher than the dealer's hand without exceeding twenty-one.  Blackjack is obtained when the player's original hand consists of a ten value card and an ace and automatically wins unless the dealer also has a blackjack which causes a tie or push.

Resorts World House Rules (13F.004: Standard Blackjack Wagers) state no wager shall be increased, decreased, or withdrawn after the first card of the round has been pulled from the shoe. Wagers may be increased, decreased, or withdrawn after a decision has been made on that hand.

SURVEILLANCE

On November 23, 2021, I responded to Resorts World to pick up the surveillance footage and documentation associated with the incident. Upon arrival, I reviewed the surveillance footage which showed the following:

On November 19, 2021, at approximately 1003 hours, Cipriani approached Blackjack Table BP805 which was manned by Dealer Gabriel Leyva. Cipriani had two large stacks of yellow $1,000 chips (approximately 40 in total) and a medium stack of approximately 11 gray chips already on the table. Cipriani played Blackjack from 1003 to 1204 hours, when the surveillance footage ended. Cipriani's gameplay behavior was out of the ordinary on almost every hand.

For example, Cipriani continually kept a stack of chips in both hands and hovered the stacks next to the original wager of the spot Leyva was currently dealing a new card to. Cipriani would not place the chips on the table, but would occasionally double down after seeing the newest card. Cipriani played dozens of hands without incident except for the past posted wager discussed below:

10:16:00 hours - Cipriani placed a $500 wager on Spot 4 and a $625 wager on Spot 5. Leyva dealt Spot 4 an Ace of Diamonds and then proceeded to deal Spot 5 a 2 of Hearts. Cipriani hovered his right/hand, holding a single yellow chip, behind his original $500 wager at Spot

#4. As Leyva dealt the second card, a 10 of Clubs for a blackjack, Cipriani switched the $500 chip for the yellow $1,000 chip - fraudulently increasing his wager to a total of $1,000.

Leyva proceeded to deal the second card (6 of Hearts) to Spot 5 for a hand total of eight. Leyva halted dealing. Leyva and Cipriani appeared to converse. Cipriani placed the $500 chip from his Spot 4 wager behind his original $625 wager on Spot 5, picked up the stack of $625, and placed it on top of the $500 chip increasing the wager for his second hand to a total of $1,125 after acquiring knowledge which was the subject of the bet.

Leyva looked towards the Floor Manager Kailee James. James approached the table and appeared to converse with Cipriani regarding the wager, indicated by Cipriani pointing at his wagers. Cipriani then removed the $500 chip from Spot 5 and replaced the $1,000 yellow chip at Spot 4, returning to his original wagers. Leyva returned to dealing the remainder of the hand. Subsequently, Leyva paid Cipriani for the winning hand of 21 on Spot 4. Cipriani's hand in Spot 5 lost to Leyva's hand, with a hand total of 18 versus dealer 17.

I received surveillance reports that detailed the above.  The reports are included with the case file.  I seized a thumb drive containing the digital surveillance coverage and booked it in the GCB Evidence Vault.

INVESTIGATION

Dealer Gabriel Leyva provided the following paraphrased summary via written voluntary statement and phone interview.  Leyva stated he had been dealing to Cipriani on a high-limit table game on November 19, 2021. Leyva had dealt to Cipriani approximately four separate times before and advised Cipriani was an experienced Blackjack player.  Leyva noted Cipriani continually changed his minimum wager. Leyva described Cipriani as sporadic with his movements and described his actions as "OCD." For example, Cipriani would hover his chips next to his original wager each hand. Additionally, Cipriani would flip the "cut card" approximately 43 times when a new shoe was being shuffled. Leyva stated he believed this movements were meant to distract and desensitize him while he was dealing.

On this particular incident, Cipriani asked for the minimum wager to be $1,000. Cipriani then proceeded to place a $500 wager for two hands on Spot 4 and 5. Leyva stated Cipriani received a Blackjack and midway through his deal Cipriani switched his bet on Spot 4 from $500 to $1,000. Leyva stopped the game and called over James. James witnessed what occurred and told Cipriani to switch back to his original wagers. Cipriani argued with James about the table minimum, stating it needed to be $1,000. Leyva paid Cipriani for his original wager of $500. Leyva continued to deal to Cipriani until 12:00 p.m. when Leyva left the table. Leyva stated he believed Cipriani's past post to be intentional. Leyva's Voluntary Statement is included in the case file.

Floor Supervisor Kailee James provided a written voluntary statement which stated she was supervising play in the Blackjack section of Crokford High Limit. Cipriani was playing on Blackjack Table 805. James turned to look at the play on Blackjack Table 807 when she heard Leyva gasp. According to James, Cipriani stated he was supposed to play a $1,000 minimum. James noticed the two $500 wagers were now $1,000 wagers and one of the hands was a Blackjack. James told Cipriani to return his original wagers and he would be paid accordingly. James and Cipriani argued back-and-forth about table limits until Cipriani returned his original wagers. The game proceeded. James notified Pit Manager Crokford of the situation. James' Voluntary Statement is included in the case file.

Cipriani's Resorts World player history showed he played Blackjack 275 times with 28,975 minutes of live gameplay which is equivalent to over 482 hours or 20 days, confirming Cipriani as an experienced Blackjack player.  Cipraini's Play History is included in the case file.

On the same date as the aforementioned Fraudulent Act, Cipriani was arrested by the Las Vegas Metropolitan Police Department from Resorts World for Larceny From a Person (F) after he stole a cell phone from another patron.  I compared Cipriani's booking photograph with the digital surveillance coverage verifying Cipriani's identity.

CONCLUSION

Based on the findings of the investigation, probable cause exists to find Robert Cipriani in violation of NRS 465.070 (5) Fraudulent Acts.

In conclusion, surveillance footage provided coverage on November 19, 2021 at approximately 1016 hours, of Cipriani past-posting. Cipriani was observed exchanging one $500 chip for one $1,000 chip, resulting in an addition of $500 to his wager on Spot 4. Additionally, Cipriani added one $500 chip to his $625 wager, resulting in an addition of $500 to his wager on Spot 5. Furthermore, both of these actions were completed after the outcome or some other event of the game was known to Cipriani. Cipriani had a winning hand comprised of an Ace and a 10 for a Blackjack, and ultimately lost the wager associated with the second hand.

Floor Supervisor Kailee James had Cipriani reverse his past posted wagers, resulting in Cipriani getting paid for his original wagers. Though Cipriani did not fraudulently obtain any payment, he intentionally past-posted at the moment he gained knowledge of his hand outcome.  If successful, Cipriani would have fraudulently obtained an extra $1,500 which he was not entitled to receive.

An arrest affidavit was submitted for Robert Cipriani.

12/16/21

51



## STATE OF NEVADA
## GAMING CONTROL BOARD

# VOLUNTARY STATEMENT

| OFFICIAL USE ONLY | |
|---|---|
| CASE # | |
| CASE TYPE | |
| DATE OCCURRED | TIME OCCURRED |
| ID # | |

| NAME (LAST / FIRST / MIDDLE) Leyva Gabriel | | | | | | DATE OF BIRTH | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|

| RACE M | SEX M | HEIGHT 5'9 | WEIGHT 170 | HAIR Brown | EYES Brown | HOME # |
|---|---|---|---|---|---|---|

| RESIDENCE ADDRESS (NUMBER & STREET) | CITY | STATE | ZIP CODE |
|---|---|---|---|

| EMPLOYER ADDRESS | CITY Las Vegas | STATE Nv | ZIP CODE |
|---|---|---|---|

| EMPLOYER RESORTS WORLD LAS VEGAS | OCCUPATION Table Games Dealer | WORK # | WORK SCHED. | DAYS OFF Sun/Mon |
|---|---|---|---|---|

I DO HEREBY MAKE THE FOLLOWING VOLUNTARY STATEMENT ON ___November___ **MONTH** __23__ **DAY** __2021__ **YEAR** AT __7:05__ AM/**PM**

I was dealing to Robert in high-limit when he would Continuously Change his bet minimum on his table. He asked for the minimum to be at $1000. He then placed a bet at $500 for two of his hands (Spot 4 & spot 5) with his first hand recieving a Blackjack. Before the hand was finished, midway with me dealing out Cards he switches his bet (spot 4) from $500 to $1000. After this occurr I stop the game immediately & call my floor over. The floor saw what occured & told him to put the Correct wager back. He tried to argue his bet needed to be the minimum of $1000. I paid his blackjack for the first amount of $500. After this occured we Continued dealing to him until I left at 12:00 p.m.

I HAVE REVIEWED THIS STATEMENT OF _____ PAGE(S) AND BELIEVE IT TO BE TRUE AND ACCURATE TO THE BEST OF MY RECOLLECTION.

WITNESS

11-23-2 DATE

PAGE __ OF __ PAGES

ENF-12 (REV. 01-07)

THIS COMPLETED FORM IS THE PROPERTY OF THE STATE OF NEVADA GAMING CONTROL BOARD PURSUANT TO NRS 463.120, AND MAY NOT BE DISTRIBUTED WITHOUT THE PERMISSION OF THE NEVADA GAMING CONTROL BOARD, OR ITS AUTHORIZED AGENTS, OR BY ORDER OF A COURT OF COMPETENT JURISDICTION

52



**STATE OF NEVADA**
**GAMING CONTROL BOARD**

# VOLUNTARY STATEMENT

| OFFICIAL USE ONLY | |
|---|---|
| CASE # | |
| CASE TYPE | |
| DATE OCCURRED | TIME OCCURRED |
| ID # | |

| NAME (LAST / FIRST / MIDDLE) JAMES   NAILEE | | | | | | DATE OF BIRTH | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|
| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | HOME # ( ) | |

| RESIDENCE ADDRESS (NUMBER & STREET) | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|

| EMPLOYER ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|

| EMPLOYER | OCCUPATION | WORK # | WORK SCHDL. | DAYS OFF |
|---|---|---|---|---|

I DO HEREBY MAKE THE FOLLOWING VOLUNTARY STATEMENT ON **NOVEMBER** **24** **2021** AT **345** AM/PM
MONTH · DAY · YEAR

While supervising play in the Blackjack section of Crokbed
High Limit, RJ was playing on table 805. I turned my
attention away for a moment to check on the play
at 807. As I turned back to 805 I heard the dealer gasp.
RJ then said, "Im supposed to play $1000 minimum!"
I noticed that the two $500 bets were now $1000
bets and one of the hands was a Blackjack. I
requested that RJ return his original bets and he would
only be paid a Blackjack payout for the original bet.
After some back and forth about table limits RJ
replaced his bet and the game proceeded. I called
the Crokbed pit manager to make him aware of the
situation.

I HAVE REVIEWED THIS STATEMENT OF _____ PAGE(S) AND BELIEVE IT TO BE TRUE AND ACCURATE TO THE BEST OF MY RECOLLECTION.

WITNESS

SIGNATURE
11/24/21

PAGE ___ OF ___ PAGES

ENF-12 (REV. 01-07)

THIS COMPLETED FORM IS THE PROPERTY OF THE STATE OF NEVADA GAMING CONTROL BOARD PURSUANT TO NRS 463.120,
AND MAY NOT BE DISTRIBUTED WITHOUT THE PERMISSION OF THE NEVADA GAMING CONTROL BOARD, OR ITS AUTHORIZED
AGENTS, OR BY ORDER OF A COURT OF COMPETENT JURISDICTION

1    JUSTICE COURT, LAS VEGAS TOWNSHIP
2    CLARK COUNTY, NEVADA

3    THE STATE OF NEVADA,                           21CR057146
4            Plaintiff,                             11
5        -vs-
6    ROBERT CIPRIANI #7111343,
                                                    DA CASE NO:   202158657C
7            Defendant.
8
                                                    <u>CRIMINAL COMPLAINT</u>
9
10       The Defendant above named having committed the crime of COMMISSION OF A
11   FRAUDULENT ACT IN A GAMING ESTABLISHMENT  (Category C Felony - NRS
12   465.070, 465.088  - NOC 62102), in the manner following, to wit:  That the said Defendant,
13   on or about the 19th day of November, 2021, at and within the County of Clark, State of
14   Nevada,  did willfully, unlawfully, and feloniously place or increase a bet, after acquiring
15   knowledge of the outcome of the game, or other event which is the subject of the bet, to wit:
16   Blackjack, located on the premises of RESORTS WORLD LAS VEGAS, 3000 South Las
17   Vegas Boulevard, Las Vegas, Clark County, Nevada, in the following manner, to wit:  by
18   increasing his bet by $500.00, after the winning hand had been determined.
19       All of which is contrary to the form, force and effect of Statutes in such cases made and
20   provided and against the peace and dignity of the State of Nevada.  Said Complainant makes
21   this declaration subject to the penalty of perjury.
22
23                                                  12/21/21
24
25
26
27   /vw
     LVMPD EV# 21LV10497
28   (TK11)

W\CLARKCOUNTYDA.NET\CRMCASE2\2021\586\57\FILING\202158657C-COMP-(ROBERT CIPRIANI)-001.DOCX

# EXHIBIT 6

Email from Cipriani to Clark County Sheriff

From: **Robin Hood** <robinhoodvegas@gmail.com>
Date: Tue, Feb 22, 2022, 5:36 PM
Subject: Fwd: Nevada Gaming Control Board Agent/Witnesses inconsistent reports
To: Sheriff Joe Lombardo <J3602L@lvmpd.com>

---------- Forwarded message ---------
From: **Robin Hood** <robinhoodvegas@gmail.com>
Date: Tue, Feb 22, 2022, 5:36 PM
Subject: Nevada Gaming Control Board Agent/Witnesses inconsistent reports
To: Sheriff Joey Herring Text <J5241H@lvmpd.com>

Joey,
I hope you and your family are well.
Resorts World and their dirty execs and their dirty associates are 100% trying to railroad me and you and Sheriff Joe Lombardo have to step in and stop this.
If you're the man I believe you are, you can't let this vindictive behavior go on in your beautiful city. They're directing the DA's office to put me in jail at all costs just to silence me and violate my First Amendment rights.
This is an abomination of the Justice system.

You have already told me multiple times by phone,  that based on the evidence you reviewed on my bogus Larceny of Person charge, (including the Surveillance footage) your position was, that "you" would not have arrested me or had me charged for that phone incident.
Now this bogus gambling fraud case.
It's absurd how they were able to send an arrest warrant for me based on complete nonsense from three inconsistent reports.
What is going on in the
Las Vegas justice system?
Steven Wolfson and the DA's office were supposed to drop both charges, as they should.
Now, they reneged on that and want me to plea to  lesser charges.
I will NEVER do that.
These charges are retaliation from Resorts World, Sibella, Chesnoff and Gardner.
Please help right the wrongs that have been done to me.
It's your responsibility and your duty as a Lieutenant of the Criminal Intelligence Dept of LVMPD to get involved and correct this miscarriage of justice.

First, according to the dealer's and floorperson's reports I bet 2 hands, $500 per hand.
According to GCB report I bet 2 spots $500 on spot 4 and $625 on spot 5.
That's not what the dealer and the floorperson said in their reports.
Who's telling the truth?
Why did both the dealer and floorperson allow me to bet $500 per hand if the minimum on the table was a $1000 per hand.
They were both watching my game, as stated in their reports.
They both should have stopped action immediately and told me to bet the minimum.
The dealer did not do that until after the cards were out when the dealer reminded me to bet the minimum of $1000.
That's why and when I increased my bets to fulfill the minimum.

I changed the bet to achieve the minimum betting limit for the table of $1000.
First there was a "gasp" heard on the floorperson's report, the dealer's report said, he called the floorperson over.
Which was it?
Floorperson said she was watching my game and she took her attention away for a moment to look at (table) 807. My table was 805.

According to GCB report,
I had a Blackjack ( Ace and a 10 ) on spot 4 and an 18 on spot 5.
"Subsequently, Leyva paid Cipriani for the winning hand of 21 on Spot 4.
Cipriani's hand in Spot 5 lost to Leyva's hand, with a hand total of 18 versus dealer 17."

According to GCB, I got paid for winning on spot 4 by having a Blackjack.
and then on spot 5 by having an 18 and the dealer had 17.
According to GCB report
"Cipriani had a winning hand comprised of an Ace and a 10 for a Blackjack, and ultimately lost the wager associated with the second hand."
Wait what ???
Yes!
According to GCB report, I lost the hand with an 18 against dealer's 17.
I won and didn't get paid.
They took my money on that hand instead of paying me?
The GCB agent said that twice in their report so they can't say it's a typo.
GCB issued a warrant for my arrest based on these misleading and inaccurate reports.
Really?
How is this possible?
That GCB agent should lose their job.
Oh that's right, it's an appointed position.
They don't ever lose their jobs.

Another statement of fact from GCB that was false under--Conclusion:
"If successful, Cipriani would have fraudulently obtained an extra $1,500 which he was not entitled to receive.
An arrest affidavit was submitted for Robert Cipriani."

If I was able to bet the minimum bet of $1000 for the table:
My one hand, Spot 5 which, according to GCB I lost, would have been $1125, the other hand Spot 4, would have been $1000.
So in reality, based on betting the minimum of the table of $1000, I would have lost $1125 on Spot 5 but won $1500 for Blackjack on Spot 4.
Based on that, I would have only won $375, not $1500 as the GCB report claims.
But I really should have won Spot 5.

What really should have happened is:
I should have won $625 on Spot 5 with an 18 versus dealers 17 instead of losing $625 and Spot 4, I won $750 due to a Blackjack.
My total win should have been $1375 ($625 Spot 5 plus $750 Spot 4).
Instead, based on GCB report I won only $125.

But why didn't the dealer or floorperson catch the mistake?
That's their job!
Why didn't they call GCB immediately and have me arrested, if I cheated?
Why did the casino deal to me for hours more, that same day?

According to GCB report, I played Blackjack, at Resorts World, 275 separate times at the table, for a total of 482 hours!
Can you imagine how many hands of Blackjack I played in that time frame?

Why did Resorts World wait 4 days to file criminal those reports with GCB that I cheated???
Did Resorts World casino ops file end of day or end of shift reports that I cheated?
Where are those same reports and why are they not in my discovery from Resorts World?
Why won't Resorts World, Gerald Gardner give my attorneys the surveillance footage of the hand of Blackjack in question that allowed GCB to issue a warrant for my arrest on a  bullshit gambling fraud???

I'll tell you why, they wanted me out of Resorts World because I knew too much about all of the dirty activity going on at Resorts World with Scott Sibella and David Chesnoff along with the criminals involved in gambling and/or in business at Resorts World, including Robert Alexander, Joseph Angelo Bravo, Edwin Ting, David Stroj, Brandon Sattler and others!

Please review all of this information call me to discuss.
I need your guidance.

Thanks so much
RJ