# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert J. Cipriani,<br><br>              Plaintiff(s),<br><br>v.<br><br>Resorts World Las Vegas, LLC, et al.,<br><br>              Defendant(s). | 2:23-cv-01626-MMD-VCF<br>**Order regarding discovery plan** |

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 19, 2024.

    DATED this 4th day of January 2024.

                                                           CAM FERENBACH<br>
                                                           UNITED STATES MAGISTRATE JUDGE