# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT J. CIPRIANI,<br><br>　　　　　Plaintiff-Appellant,<br>v.<br><br>RESORTS WORLD LAS VEGAS, LLC; RESORTS WORLD LAS VEGAS HOTELS, LLC; SCOTT SIBELLA,<br><br>　　　　　Defendant-Appellees. | Case No. 2:23-cv-01626-MMD-MDC<br>Ninth Circuit Court of Appeals No. 24-7106<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on November 3, 2025, issued its order (ECF No. 80) affirming in part, reversing in part, and remanding, and on November 25, 2025, issued its mandate thereon (ECF No. 81), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

It is further ordered that the Court's prior order (ECF No. 71) is vacated as to the portions granting Defendant Resort World's motion to dismiss Plaintiff's claims of negligence, innkeeper liability, and negligent supervision on the basis of judicial estoppel.

It is further ordered that Defendant will have 14 days to respond to the First Amended Complaint (ECF No. 74).

///

///

///

///

///

It is further ordered that this case is referred to the Magistrate Judge to address any proposed discovery plan and scheduling order to move this case forward.

DATED THIS 2nd Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE