# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ROBERT J. CIPRIANI, an individual,

Plaintiff(s),

vs.

RESORTS WORLD LAS VEGAS, LLC, a Delaware limited liability company, RESORTS WORLD LAS VEGAS HOTELS, LLC, a Delaware limited liability company, SCOTT SIBELLA an individual, and DOES 1-10,

Defendant(s).

Case No. 2:23-cv-01626-MMD-MDC

## SUBSTITUTION OF ATTORNEY

Robert J. Cipraini (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

James Orland, Esq. of Orland Law Group, APC
(New Attorney)

(Address): 2155 Campus Drive, #140, El Segundo, CA 90245

(Telephone): 310-492-5705, as attorney of record in place and stead of: Marshall Cole
(Present Attorney)

DATED: 9/17/2026

Signed by:
Robert J. Cipriani
BE1CE9B6E991483...
(Signature of Party)

I consent to the above substitution.

DATED: ______________________

(Signature of Present Attorney)

. . .

. . .

. . .



6/95

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

ROBERT J. CIPRIANI, an individual,

Plaintiff(s),

vs.

RESORTS WORLD LAS VEGAS, LLC, a Delaware limited liability company, RESORTS WORLD LAS VEGAS HOTELS, LLC, a Delaware limited liability company, SCOTT SIBELLA an individual, and DOES 1-10,

Defendant(s).

## SUBSTITUTION OF ATTORNEY

Robert J. Cipraini (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

James Orland, Esq. of Orland Law Group, APC
(New Attorney)

(Address): 2155 Campus Drive, #140, El Segundo, CA 90245

(Telephone): 310-492-5705, as attorney of record in place and stead of: Marshall Cole
(Present Attorney)

DATED: ____________ ____________
(Signature of Party)

I consent to the above substitution.

DATED: September 18, 2026 [signature]
(Signature of Present Attorney)

. . .

. . .

. . .

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 9/17/2026 ______________________

(Signature of New Attorney)

Please check one: X RETAINED, or ______ APPOINTED BY THE COURT

APPROVED:

DATED: October 21, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE